UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION AT DETROIT

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

WALTER PARIZON, JR. [D-5],

                Defendant.
_____/

CASE NO. 03-80694

**FINAL ORDER OF FORFEITURE**

This matter having come before the Court on the Application of the United States for entry of a Final Order Of Forfeiture, and the Court having reviewed the Application, being familiar with the pleadings filed in this action and taking into consideration the relevant portions of the record of the criminal case, the Court finds as follows:

1. On October 27, 2004, this Court entered a Preliminary Order of Forfeiture, which forfeited the interest of Defendant Anthony Walter Parizon, Jr., in the following property:

    a) Twenty-Seven Thousand Five Hundred Dollars ($27,500.00) in lieu of forfeiting the real property located at 1612 Morton Taylor, Canton, Michigan, further identified as Asset ID No. 03-DEA-424065;

to the United States, pursuant to Fed. R. Crim. Pro 32.2(c)(2) and 21 U.S.C. § 853.

2. Pursuant to the Court's October 27, 2004 Preliminary Order, and as required under 21 U.S.C. § 853, the United States published notice of the forfeiture in this action and its intent to dispose of the subject property on June 24, July 1, and July 8, 2005, in The Detroit Legal News, a newspaper of general circulation in this district. An Affidavit of Publication was filed with the Court on July 14, 2005. The published notice informed all

third parties of their right to petition this Court for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

3. Additionally, all known parties with a possible interest in the forfeited property were notified of their right to petition this Court for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

4. No additional petitions have been filed in this matter and the time in which to do so has expired.

NOW THEREFORE, IT IS HEREBY ORDERED that the right, title and interest of the Defendant, WALTER ANTHONY PARIZON, JR., and all other persons, in the following property:

> a) Twenty-Seven Thousand Five Hundred Dollars ($27,500.00) in lieu of forfeiting the real property located at 1612 Morton Taylor, Canton, Michigan, further identified as Asset ID No. 03-DEA-424065;

is forfeited to the United States of America. Any right, title, or ownership interest of WALTER ANTHONY PARIZON, or his successors and assigns and any right, title, or ownership interest of all other persons in the subject property is hereby and forever **EXTINGUISHED** and all right, title and interest in the subject property is hereby **VESTED** in the United States of America.

IT IS FURTHER ORDERED, that the United States Marshal Service is authorized to take possession of, and to dispose of such property as authorized by law.

IT IS SO ORDERED this 24th  day of August, 2005.

                                              s/JohnCorbett O'Meara
                                              HONORABLE JOHN CORBETT O'MEARA
                                              United States District Judge